**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                      CASE NO. 05-35018-PNS3
                                            CHAPTER 13
RENEE D. JENKINS-HOSEA

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

    **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: SUNTRUST BANK which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

    **WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 394207 in the amount of 43.78 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                 OFFICE OF THE CHAPTER 13 TRUSTEE
                                 POST OFFICE BOX 646
                                 TALLAHASSEE, FL 32302
                                 ldhecf@earthlink.net
                                 (850) 681-2734 "Telephone"
                                 (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and accurate copy of the
foregoing has been furnished by electronic filing or first


RENEE D. JENKINS-HOSEA        SUNTRUST BANK
2301 N. 7TH AVE.              C/O BATES AND BROWN, P.A.
PENSACOLA,  FL  32503         1511 NW 6TH ST
                              GAINESVILLE, FL 32601-4019
AND

KARIN A. GARVIN, ATTY.
220 W. GARDEN STREET, STE.
805
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the
electronic filing date for this document.

                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
6/30/2010 10:15 am / CR_213      OFFICE OF CHAPTER 13 TRUSTEE