**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                           CASE NO. 05-35018-PNS3
                                                 CHAPTER 13
RENEE D. JENKINS-HOSEA


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

1.  The Trustee has issued check(s) FOR: SUNTRUST BANK
which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with
the bank on the check(s).

3.  The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits
her check number 396142 in the amount of 50.84 to the
Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| RENEE D. JENKINS-HOSEA<br>2301 N. 7TH AVE.<br>PENSACOLA,  FL  32503<br>AND | SUNTRUST BANK<br>C/O BATES AND BROWN, P.A.<br>1511 NW 6TH ST<br>GAINESVILLE, FL 32601-4019 |
| KARIN A. GARVIN, ATTY.<br>220 W. GARDEN STREET, STE.<br>805<br>PENSACOLA, FL 32501 | |

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

7/30/2010  1:29 pm / CR_213