UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                          CASE NO. 05-35018-PNS3
                                                CHAPTER 13
RENEE D. JENKINS-HOSEA

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SUNTRUST BANK which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 399746 in the amount of 40.68 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                        ─────────────────────────
                        OFFICE OF THE CHAPTER 13 TRUSTEE
                        POST OFFICE BOX 646
                        TALLAHASSEE, FL 32302
                        ldhecf@earthlink.net
                        (850) 681-2734 "Telephone"
                        (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

<pre>
RENEE D. JENKINS-HOSEA        SUNTRUST BANK
2301 N. 7TH AVE.              C/O BATES AND BROWN, P.A.
PENSACOLA,  FL  32503         1511 NW 6TH ST
                              GAINESVILLE, FL 32601-4019
AND

KARIN A. GARVIN, ATTY.
220 W. GARDEN STREET, STE.
805
PENSACOLA, FL 32501
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                        ─────────────────────────
9/29/2010  1:06 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
</pre>